Probation Form No. 35　　　　　　　　　　　　　　Report and Order Terminating Probation /
(1/92)　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V　　　　　　　　　　　　　　　　　　　　　　Crim. No. 3:05CR13-001/RV

WILLIAM IRVING TIRRELL, aka BILL IRVING TIRRELL

On June 14, 2005, the above named was sentenced to a period of two (2) years probation. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that William Irving Tirrell, aka Bill Irving Tirrell be discharged from probation.

Respectfully submitted,

*Russell A. Szafran* (signature)
Russell A. Szafran
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___29___ day of ___November___, 2006.

*Roger Vinson* (signature)
Roger Vinson
Senior U.S. District Judge

06 NOV 29 PM 2:16

FILED